IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**GLORIA J. MCCULLUM**                                                          **PLAINTIFF**

**VERSUS**                                                                    **CAUSE NO. 4:07CV181-P-B**

**GREENVILLE PUBLIC SCHOOL DISTRICT**                         **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the file and record of this action, the Court finds the Report and Recommendation of the United States Magistrate Judge dated November 5, 2007, was on that date duly served by regular mail upon the *pro se* plaintiff. Plaintiff filed timely objections to the report and recommendation. After due consideration of petitioner's objections and the applicable case law, the Court is of the opinion that the Magistrate judge was imminently correct in his assessment of the facts and the law in addressing the timeliness of plaintiff's claim for relief under Title VII. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated November 5, 2007, is approved and adopted as the opinion of the Court.

2. That plaintiff's motions for leave to *proceed in forma pauperis* and for appointment of counsel are hereby **DENIED** and her claims are hereby **DISMISSED** as time barred.

3. That the Clerk shall forthwith **CLOSE** this case.

**THIS**, the 27th day of November, 2007.

                                                      /s/ W. Allen Pepper, Jr.
                                                      W. ALLEN PEPPER, JR.
                                                      UNITED STATES DISTRICT JUDGE